IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON L. NORTHRUP,

    Plaintiff,                              No. CIV S-08-1321 MCE GGH P

    vs.

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Defendants.                       FINDINGS & RECOMMENDATIONS

/

        By order filed October 29, 2008, the court granted plaintiff thirty days to file an amended complaint. In the October 29th order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the October 29, 2008, order, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
2  within the specified time may waive the right to appeal the District Court's order.
3  DATED: January 20, 2009

                                                /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:035
nort1321.fta